In the United States District Court
For the District of Colorado

**'08-CV-01731**

Action no.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 14 2008
GREGORY C. LANGHAM
CLERK

James R. Gibson
   Plaintiff

V.

Lieutenant Hill
Officer Foster
Officer John Doe

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG -4 2008
GREGORY C. LANGHAM
CLERK

## Criminal Complaint and Statement of Facts

I hereby acknowledge and certify and that I understand that all statements and representations contained in this criminal complaint are true and correct.

1. On March 7, 08 James R Gibson's life was threatned in DB Unit and he requested to be locked down in his cell for his own Protection.

2. On March 14, 08 James R Gibson returned to the ADX from the USP and was immediately forced by officers into the ADX Restraining Room in the SHU. Unit

3. On March 14 '08 Lieutenant Hill, Officer Foster and Officer John Doe Kidnapped and falsely imprisoned James R Gibson in SHU Restraining Room which is used on the most violent and uncontrolable inmates the majority of whom are murderers.

4. The Restraining Room has a Long Slab concrete table with hand and leg restraints and the temperature is adjusted to very cold in order to subdue violent prisoners. James R Gibson was locked in Restraining Room by officers and subjected to extreme cold and ordered to commit numerious criminal acts.

5. James R Gibson is a 63 year old bond trader with no previous criminal record or history of violence convicted on Mail and Wire fraud, Conspiracy to commit money Laundering

6. Lietenant Hill, Officer Foster, Officer John Doe informed James R Gibson that they were going to put him in with Sexual pervert prisoners that were in cells near by the Restraining Room in SHU Unit

7. Lietentant Hill-officer Foster, officer John Doe ordered that in the future when my life was threatned that I should go and get myself a SHANK an illegal weapon and to use that illegal weapon to stab the inmate making the threat before he has the opportuinity to stab me.

8. James R Gibson was ordered to strip naked in the Restraining Room after he was kidnapped and falsely imprisoned and tortured.

9. The criminal felonies and abuse committed by Lieutenant Hill- officer Foster and officer John Doe caused James R Gibson to have a complete Mental- Emotional and Physical breakdown where he convulsed on the Restraining Room table for a period of 4 hours with the Medical Staff and SIS Dept in attendance, and Video Taping the illegal acts and statements by officers

10. James R Gibson states that his 8th Amendment rights of cruel and unusual Punishment have been violated by his being kidnapped- falsely imprisoned, threatned with sexual rape while being forced into the ADX Restraining Room by renegade officers causing a Mental- Emotional- Physical breakdown

11. Lieutenant Hill, officer Foster and officer John Doe conspired and committed criminal Federal felonies of kidnap-false imprisonment in the Restraining Room, sexual assault, Assault & battery, conspiracy to commit murder and obstruction of Justice on March 14.08 when they forced James R Gibson into the ADX Restraining Room and tortured him.

12. On March 14.08, at 7 PM James R Gibson was removed from Restraining Room and Put in ADX SHU. unit cell where he continued over a period of 3 days to experience 4 additional Mental-Emotional and Physical breakdowns with no assistance or help from Medical Staff.

13. James R Gibson states that these criminal Acts committed by Lieutenant Hill-officer Foster, officer John Doe require Federal criminal felony charges to be brought and that these officers be formally charged with criminal felonies committed against James R Gibson on Federal Property.

Declaration Under Penalty of Perjury

I declare under Penalty of Perjury that I am the Plaintiff in complaint I read complaint, information in complaint is true and correct July. 30.2008.

James R Gibson

*James R. Gibson*

Name: James R Gibson
REG. NO: 60228004
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500
Unit 608

Legal Mail to be opened
by Addressee only

Office of the Clerk
United States District Court
901-19th Street Room A105
Denver CO 80294-3589