IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01731-BNB

JAMES R. GIBSON,

    Plaintiff,

v.

LIEUTENANT HILL,
OFFICER FOSTER, and
OFFICER JOHN DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, James R. Gibson, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He initiated this action by submitting to the Court *pro se* a document titled "Criminal Complaint and Statement of Facts." The Court reviewed the document and determined it was deficient. Therefore, in an order filed on August 14, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Gibson to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The August 14, 2008, order pointed out that Mr. Gibson failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Gibson failed to submit a complaint on the proper, Court-approved Prisoner Complaint form. The order

warned Mr. Gibson that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. Mr. Gibson has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 26 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01731-BNB

James R. Gibson
Reg. No. 62228-004
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk