IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01731-ZLW

JAMES R. GIBSON,

    Plaintiff,

v.

LIEUTENANT HILL,
OFFICER FOSTER, and
OFFICER JOHN DOE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2008

GREGORY C. LANGHAM
    CLERK

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on _September 29_, 2008, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this _29th_ day of _September_, 2008.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: _____
    Deputy Clerk